IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-07-00152-CV

 

Willie D. Rogers,

                                                                                    Appellant

 v.

 

Texas Department of Criminal Justice,

                                                                                    Appellee

 

 



From the 12th District Court

Walker County, Texas

Trial Court No. 23514

 



MEMORANDUM  Opinion










 

            No brief has been filed for Appellant,
Willie D. Rogers.  In a letter dated December 5, 2007, the Clerk of this Court notified Rogers that pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules
of Appellate Procedure, the Court may dismiss this appeal for want of
prosecution unless, within 21 days of this letter, Rogers or any party desiring
to continue the appeal files with this Court a response showing grounds for
continuing the appeal.

            More than 21 days have passed and we
have not received a response from Rogers or any other party.  This appeal is
dismissed.  Tex. R. App P.
42.3(b).

            Absent a specific exemption, the Clerk
of the Court must collect filing fees at the time a document is presented for
filing.  Tex. R. App. P. 12.1(b); Appendix to Tex. R. App. P., Order Regarding Fees (July 21, 1998).  See
also Tex. R. App. P. 5; 10th Tex. App. (Waco) Loc. R. 5; Tex. Gov’t Code Ann. § 51.207(b)
(Vernon 2005).  Under these circumstances, we suspend the rule and order the
Clerk to write off all unpaid filing fees in this case.  Tex. R. App. P. 2.  

 

                                                                                    TOM
GRAY

                                                                                    Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed January 23, 2007

[CV06]